In Re: Miller v. Higher Education Servicing Corporation et al
Case No. 25–42286–mxm7 –7
Adv. No. 26–04003–mxm

# SUMMONS SERVICE EXECUTED

I, Clayton L. Everett

of** Norred Law, PLLC 515 E. Border Street, Arlington, TX 76010

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 21st day of January, 2026 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Higher Education Servicing Corporation
c/o Phillip B. Wambsganss

the defendant in this proceeding, by *{describe here the mode of service}*

Higher Education Servicing Corporation
c/o Phillip B. Wambsganss
USPS First-Class Mail and
Certified Mail Return Receipt requested:
9589 0710 5270 3001 8208 72

the said defendant at

Higher Education Servicing Corporation
c/o Phillip B. Wambsganss
4381 W. Green Oaks Blvd., Suite 200,
Arlington, Texas 76016

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2026    /s/ Clayton L. Everett
*(Date)*                                        *(Signature)*

** Norred Law, PLLC 515 E. Border Street, Arlington, TX 76010
*State mailing address*