In Re: Miller v. Higher Education Servicing Corporation et al
Case No. 25–42286–mxm7 –7
Adv. No. 26–04003–mxm

## SUMMONS SERVICE EXECUTED

I, __Clayton L. Everett__

of** __Norred Law, PLLC 515 E. Border Street, Arlington, TX 76010__

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the __21st__ day of __January__ , __2026__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

U.S. Department of Education,
Office of the General Counsel

U.S. Attorney General

U.S. Attorney's Office

the defendant in this proceeding, by *{describe here the mode of service}*

| | | |
|---|---|---|
| U.S. Department of Education, Office of the General Counsel USPS First-Class Mail and Certified Mail Return Receipt Requested: 9589 0710 5270 3001 8209 02 | U.S. Attorney General USPS First-Class Mail and Certified Mail Return Receipt Requested: 9589 0710 5270 3001 8209 19 | U.S. Attorney's Office USPS First-Class Mail and Certified Mail Return Receipt Requested: 9589 0710 5270 3001 8209 26 |

the said defendant at

| | | |
|---|---|---|
| U.S. Department of Education, Office of the General Counsel, 400 Maryland Ave SW, Washington,DC 20202 | U.S. Attorney General 950 Pennsylvania Ave., NW Washington, DC 20530-0001 | U.S. Attorney's Office 1100 Commerce Street, Suite 300 Dallas, TX 775242 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __January 21, 2026__       __/s/ Clayton L. Everett__
        *(Date)*                *(Signature)*

** __Norred Law, PLLC 515 E. Border Street, Arlington, TX 76010__
    *State mailing address*