In Re: Miller v. Higher Education Servicing Corporation et al
Case No. 25–42286–mxm7 –7
Adv. No. 26–04003–mxm

# SUMMONS SERVICE EXECUTED

I, Clayton L. Everett

of** Norred Law, PLLC 515 E. Border Street, Arlington, TX 76010

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 21st day of January, 2026 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Aspire Resources, Inc.

CSC – Lawyers Incorporating Service

the defendant in this proceeding, by *{describe here the mode of service}*

Aspire Resources, Inc.
USPS First-Class Mail and
Certified Mail Return Receipt Requested:
9589 0710 5270 3001 8208 89

CSC – Lawyers Incorporating Service
USPS First-Class Mail and
Certified Mail Return Receipt Requested:
9589 0710 5270 3001 8208 96

the said defendant at

Aspire Resources, Inc.
6805 Vista Drive West Des
Moines, IA 50266-9307

CSC – Lawyers Incorporating Service
211 E. 7th Street, Suite 620
Austin, TX 78701

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2026     /s/ Clayton L. Everett
        *(Date)*               *(Signature)*

** Norred Law, PLLC 515 E. Border Street, Arlington, TX 76010
*State mailing address*