Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Plaintiff

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| In re: Charles Phillip Miller Jr. and Mergie Taroy Miller | Case No. 25-42286-mxm7 |
| Debtors | Chapter 7 |
| MERGIE TAROY MILLER, | |
| Plaintiff, | |
| v. | Adversary No. 26-04003-mxm |
| UNITED STATES DEPARTMENT OF EDUCATION, HIGHER EDUCATION SERVICING CORPORATION, and ASPIRE RESOURCES INC., | |
| Defendants. | |

### PLAINTIFF'S VOLUNTARY DISMISSSAL WITHOUT PREJUDICE OF DEFENDANT ASPIRE RESOURCES, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, Plaintiff Mergie Taroy Miller hereby voluntarily dismisses, without prejudice, Defendant Aspire Resources, Inc. from this adversary proceeding.

Defendant Aspire Resources, Inc. has not filed an answer or motion for summary judgment in this action. This dismissal is without prejudice to Plaintiff's claims against the remaining Defendants.

IT IS SO DISMISSED.

26-04003-mxm, Voluntary Dismissal of Aspire Resources, Inc.

<div style="display:flex;justify-content:space-between;">

Dated: February 4, 2026.

Respectfully submitted:

By: __/s/ Clayton L. Everett____
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Plaintiff

</div>