sumre (rev. 04/20)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Charles Phillip Miller, Jr and Mergie Taroy Miller<br><br>                              Debtor(s)<br>Mergie Taroy Miller<br>                              Plaintiff(s)<br>   vs.<br>United States Department of Education<br>                              Defendant(s) | Case No.:   25-42286-mxm7<br>Chapter No.:   7<br><br>Adversary No.:   26-04003-mxm |

# REISSUED SUMMONS IN AN ADVERSARY PROCEEDING

To the above-named defendant:

You are hereby summoned and required to serve upon Clayton Everett, Plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is

   515 E. Border St.
   Ste 163
   76010
   Arlington, TX 76010

either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date and prescribed by the court: N/A

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

DATED: 2/11/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Jennifer Speer, Deputy Clerk



In Re: Miller v. Higher Education Servicing Corporation et al
Case No. 25-42286-mxm7 -7
Adv. No. 26-04003-mxm

# SUMMONS SERVICE EXECUTED

I, Clayton L. Everett

of** Norred Law, PLLC 515 E. Border Street, Arlington, TX

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 12th day of February, 2026 I served a copy of the within summons, together with the complaint filed in this proceeding, on

United States Attorney's Office

the defendant in this proceeding, by {describe here the mode of service}

USPS First-Class Mail Postage Pre-Paid and
Certified Mail Receipt Requested: 9589 0710 5270 3001 8210 53

the said defendant at

United States Attorney's Office
Civil-Process Clerk
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2026
(Date)              (Signature)

** Norred Law, PLLC 515 E. Border Street, Arlington, TX 76010
*State mailing address*