



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 20, 2026**

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: MERGIE TAROY MILLER<br>Debtor | § §<br>§ | Case No. 25-42286-mxm7 |
| MERGIE TAROY MILLER,<br>Plaintiff | § § §<br>§ | |
| v. | § § | Chapter 7 |
| HIGHER EDUCATION SERVICING<br>CORPORATION, ASPIRE<br>RESOURCES, INC. and UNITED<br>STATES DEPARTMENT OF<br>EDUCATION,<br>Defendants | § § § § § § § | Adv. No. 26-04003-mxm |

## ORDER GRANTING MOTION OF TEXAS GUARANTEED STUDENT LOAN CORPORATION TO INTERVENE AND BE SUBSTITUTED FOR HIGHER EDUCATION SERVICING CORPORATION

Came on to be heard the unopposed Motion of Texas Guaranteed Student Loan Corporation d/b/a Trellis Company to intervene and be substituted for Higher Education Servicing Corporation. Having considered the motion the Court finds that the motion has merit.

IT IS THEREFORE ORDERED that Texas Guaranteed Student Loan Corporation d/b/a Trellis Company is now a party defendant and is substituted for Higher Education Servicing Corporation, which Higher Education Servicing Corporation is therefore dismissed from this proceeding as a party, and Texas Guaranteed Student Loan Corporation d/b/a Trellis Company shall be added to the caption of this proceeding. IT IS FURTHER ORDERED that Texas Guaranteed Student Loan Corporation d/b/a Trellis Company has fourteen days from the date this Order is entered to file an answer to Plaintiff's complaint in this proceeding.

# # #

Order prepared by:

Doug W. Ray
State Bar No. 16599200
300 Beardsley Lane, Suite B-100
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Facsimile)
dray@raywoodlaw.com

**ATTORNEY FOR MOVANT
TEXAS GUARANTEED STUDENT
LOAN CORPORATION d/b/a
TRELLIS COMPANY**