

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 20, 2026

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: MERGIE TAROY MILLER | § | Case No. 25-42286-mxm7 |
| Debtor | § | |
| | § | |
| MERGIE TAROY MILLER, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Chapter 7 |
| | § | |
| HIGHER EDUCATION SERVICING | § | |
| CORPORATION, ASPIRE | § | |
| RESOURCES, INC. and UNITED | § | |
| STATES DEPARTMENT OF | § | |
| EDUCATION, | § | |
| Defendants | § | Adv. No. 26-04003-mxm |

**ORDER GRANTING MOTION OF TEXAS
GUARANTEED STUDENT LOAN CORPORATION TO
INTERVENE AND BE SUBSTITUTED FOR
HIGHER EDUCATION SERVICING CORPORATION**

Came on to be heard the unopposed Motion of Texas Guaranteed Student Loan Corporation d/b/a Trellis Company to intervene and be substituted for Higher Education Servicing Corporation. Having considered the motion the Court finds that the motion has merit.

IT IS THEREFORE ORDERED that Texas Guaranteed Student Loan Corporation d/b/a Trellis Company is now a party defendant and is substituted for Higher Education Servicing Corporation, which Higher Education Servicing Corporation is therefore dismissed from this proceeding as a party, and Texas Guaranteed Student Loan Corporation d/b/a Trellis Company shall be added to the caption of this proceeding. IT IS FURTHER ORDERED that Texas Guaranteed Student Loan Corporation d/b/a Trellis Company has fourteen days from the date this Order is entered to file an answer to Plaintiff's complaint in this proceeding.

# # #

Order prepared by:

Doug W. Ray
State Bar No. 16599200
300 Beardsley Lane, Suite B-100
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Facsimile)
dray@raywoodlaw.com

**ATTORNEY FOR MOVANT
TEXAS GUARANTEED STUDENT
LOAN CORPORATION d/b/a
TRELLIS COMPANY**

United States Bankruptcy Court

Northern District of Texas

Miller,

    Plaintiff

Adv. Proc. No. 26-04003-mxm

Higher Education Servicing Corporation,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Mergie Taroy Miller, 695 Addison Road, Lipan, TX 76462-4778 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 20 2026 21:46:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 20 2026 21:46:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 20 2026 21:46:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Feb 20 2026 21:46:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 20 2026 21:46:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 20, 2026 | Form ID: pdf001 | Total Noticed: 6 |
| Date: Feb 22, 2026 | Signature:   /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Clayton Everett | on behalf of Plaintiff Mergie Taroy Miller clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Doug W. Ray | on behalf of Defendant Texas Guaranteed Student Loan Corporation (Trellis Company) dray@raywoodlaw.com dray@raywoodlaw.com |

TOTAL: 2