Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Plaintiff

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| In re: Charles Phillip Miller Jr. and Mergie Taroy Miller | Case No. 25-42286-mxm7 |
| Debtors | Chapter 7 |
| MERGIE TAROY MILLER, | |
| Plaintiff, | Adversary No. 26-04003-mxm |
| v. | |
| TEXAS GUARANTEED STUDENT LOAN CORPORATION d/b/a TRELLIS COMPANY, et al., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF
THE UNITED STATES DEPARTMENT OF EDUCATION**

Plaintiff Mergie Taroy Miller ("Plaintiff"), by and through undersigned counsel, files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, and states as follows:

1. Plaintiff hereby voluntarily dismisses **the** United States Department of Education as a defendant in this adversary proceeding.

2. This dismissal is effective upon filing and requires no court order.

3. This dismissal is without prejudice.

4. The United States Department of Education has not served an answer or a motion for summary judgment in this adversary proceeding.

5. This Notice does not affect Plaintiff's claims against the remaining defendants.

**WHEREFORE**, Plaintiff respectfully provides notice that the United States Department of Education is dismissed as a party defendant from this adversary proceeding.

Respectfully submitted:

By: __/s/ Clayton L. Everett____
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record and interested parties entitled to notice.

/s/ Clayton L. Everett
Clayton L. Everett