**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE: MERGIE TAROY MILLER,** | § | **Case No. 25-42286-mxm7** |
| Debtor | § | |
| | § | |
| **MERGIE TAROY MILLER,** | § | |
| Plaintiff | § | |
| | § | |
| **v.** | § | **Chapter 7** |
| | § | |
| **TEXAS GUARANTEED STUDENT** | § | |
| **LOAN CORPORATION d/b/a** | § | |
| **TRELLIS COMPANY,** | § | |
| Defendant | § | **Adv. No.  26-04003-mxm** |

**DEFENDANT TEXAS GUARANTEED STUDENT**
**LOAN CORPORATION'S RULE 7007.1 DISCLOSURE STATEMENT**

Texas Guaranteed Student Loan Corporation d/b/a Trellis Company is a non-profit Texas corporation and is not the subsidiary of any other corporation and has no stock held by another corporation.

Respectfully submitted,

RAY & WOOD

By:_____
　　 Doug W. Ray
　　 State Bar No. 16599200

300 Beardsley Lane, Suite B-100
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Facsimile)
dray@raywoodlaw.com
**ATTORNEY FOR DEFENDANT**
**TEXAS GUARANTEED STUDENT**
**LOAN CORPORATION d/b/a**
**TRELLIS COMPANY**

## CERTIFICATE OF SERVICE

On March 17, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. Bankruptcy Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that the clerk has served the following electronically or I have served the following by email:

Clayton L. Everett
NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas 76010
clayton@norredlaw.com
*Attorney for Plaintiff*

_____
Doug W. Ray

-2-