**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE: MERGIE TAROY MILLER,** | § | **Case No. 25-42286-mxm7** |
| Debtor | § | |
| | § | |
| **MERGIE TAROY MILLER,** | § | |
| Plaintiff | § | |
| | § | |
| **v.** | § | **Chapter 7** |
| | § | |
| **TEXAS GUARANTEED STUDENT** | § | |
| **LOAN CORPORATION d/b/a** | § | |
| **TRELLIS COMPANY,** | § | |
| Defendant | § | **Adv. No.  26-04003-mxm** |

## DEFENDANT TEXAS GUARANTEED STUDENT LOAN CORPORATION d/b/a TRELLIS COMPANY'S NOTICE OF INITIAL DISCLOSURES

Defendant, Texas Guaranteed Student Loan Corporation d/b/a Trellis Company, files this Notice that it has made its Initial Disclosures to Plaintiff on March 17, 2026, by serving them as indicated below in the attached Certificate of Service, as required by Federal Rule of Bankruptcy Procedure 7026 (incorporating Federal Rule of Civil Procedure 26).

Respectfully submitted,

RAY & WOOD

By: _____
　　　Doug W. Ray
　　　State Bar No. 16599200

300 Beardsley Lane, Suite B-100
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Facsimile)
dray@raywoodlaw.com

**ATTORNEY FOR DEFENDANT**
**TEXAS GUARANTEED STUDENT**
**LOAN CORPORATION d/b/a**
**TRELLIS COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, a true and correct copy of Defendant's Initial Disclosures were served by certified mail on Plaintiff's counsel and that this Notice of Initial Disclosures was electronically filed with the clerk of court for the U.S. Bankruptcy Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that the clerk has served the Notice on the following electronically:

Clayton L. Everett
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
clayton@norredlaw.com
*Attorney for Plaintiff*

_____
Doug W. Ray

-2-